JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ICONIC IMAGES LTD., | Case No.: 2:22-cv-02390-SPG-JPR |
| Plaintiff, | **ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS** |
| v. | |
| ANDREW L. ROSENBLATT, | |
| Defendant. | |

Before the Court is the Parties' Stipulation To Dismiss.

The Court, having considered the Stipulation and having found good cause, thereby **ORDERS** that the Stipulation is **GRANTED**. The instant lawsuit is dismissed, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

**IT IS SO ORDERED.**

DATED: March 9, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1